FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

06 MAR -1 PM 3:10

STEPHEN ... CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CAUSE NO: 2:06CR031 RL |
| v. | ) | |
| | ) | 18 U.S.C. § 2252(a)(1) |
| NORMAN KAJZER | ) | 18 U.S.C. § 2252(a)(2) |
| | | 18 U.S.C. § 2252A(a)(6) |
| | | 18 U.S.C. § 2253 |
| | | 18 U.S.C. § 2422(b) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about October 8, 2005, in the Northern District of Indiana,

**NORMAN KAJZER,**

defendant herein, did knowingly transport and ship in interstate commerce by means of a computer visual depictions, specifically photographic images of minors engaging in sexually explicit conduct, specifically the lascivious exhibition of the genitals and pubic areas of said minors, the producing of such visual depictions involving the use of minors engaged in sexually explicit conduct, and such visual depictions being of such conduct;

All in violation of Title 18, United States Code, Section 2252(a)(1).

#1

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

In or about October and November 2005, in the Northern District of Indiana,

**NORMAN KAJZER,**

defendant herein, did knowingly receive visual depictions, specifically, photographic images, that had been mailed, shipped, and transported in interstate and foreign commerce, such visual depictions being of minors engaging in sexually explicit conduct, specifically the lascivious exhibition of the genitals and pubic areas of said minors, the producing of such visual depictions involving the use of minors engaged in sexually explicit conduct, and such visual depictions being of such conduct;

All in violation of Title 18, United States Code, Section 2252(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about October 8, 2005, in the Northern District of Indiana,

**NORMAN KAJZER,**

defendant herein, did knowingly attempt to distribute, offer, send, and provide to a minor visual depictions of minors engaging in sexually explicit conduct, specifically the lascivious exhibition of the genitals and pubic areas of said minors, which distribution, offer, sending, and provision was accomplished by transmitting and causing to be transmitted wire communications in interstate commerce for purposes of inducing and persuading a minor to participate in activity that was illegal;

All in violation of Title 18, United States Code, Section 2252A(a)(6)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about October 8, 2005, in the Northern District of Indiana,

**NORMAN KAJZER,**

defendant herein, did knowingly and intentionally, use a facility of interstate commerce, that is, a computer, to attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, that is attempted child solicitation in violation of Indiana Code 35-42-4-6 and 35-41-5-1 and attempted vicarious sexual gratification in violation of Indiana Code 35-42-4-5 and 35-41-5-1;

All in violation of Title 18, United States Code, Section 2422(b).

## SEXUAL EXPLOITATION FORFEITURE ALLEGATIONS

1. The allegations of Counts 1 through 4 of the Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of the offenses alleged in Counts 1 through 4 of the Indictment, NORMAN KAJZER shall forfeit to the United States of America all property, real and personal, used or intended to be used to commit or to promote the commission of such offenses involved in the afore stated offenses, including, but not limited to one Dell Dimension computer tower, model number 4500S, bearing serial number F656V11, and all its interior components;

All in violation of Title 18, United States Code, Sections 2252, 2252A, 2422, and 2253.

A TRUE BILL

s/ FOREPERSON
Foreperson

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

s/ THOMAS L. KIRSCH II
By: Thomas L. Kirsch II
Assistant United States Attorney